A TRUE COPY ATTEST

Date: 9/3/2024

BRENNA B. MAHONEY, CLERK OF COURT

By: *Kimberly Davis*, Deputy Clerk

Case 1:24-cv-06125-NGG-MMH   Document 4   Filed 09/03/24   Page 1 of 2 PageID #: 93

Clerk's Office
Filed Date: 9/3/2024

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: EXACTECH POLYETHYLENE ORTHOPEDIC PRODUCTS LIABILITY LITIGATION**   **MDL No. 3044**

FILED
Sep 03, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –60)**

On October 7, 2022, the Panel transferred 20 civil action(s) to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 637 F.Supp.3d 1381 (J.P.M.L. 2022). Since that time, 230 additional action(s) have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Nicholas G. Garaufis.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Garaufis.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of October 7, 2022, and, with the consent of that court, assigned to the Honorable Nicholas G. Garaufis.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 03, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Marcella R. Lockert
Acting Clerk of the Panel

IN RE: EXACTECH POLYETHYLENE
ORTHOPEDIC PRODUCTS LIABILITY LITIGATION                         MDL No. 3044

### SCHEDULE CTO–60 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| CALIFORNIA CENTRAL | | | | |
| CAC | 5 | 24–01764 | Leticia Madison v. Exactech U.S., Inc. et al | -24-cv-6124 (NGG-MMH) |
| CALIFORNIA EASTERN | | | | |
| CAE | 2 | 24–02237 | Langford v. Exactech U.S., Inc. | -24-cv-6125 (NGG-MMH) |
| CAE | 2 | 24–02238 | Minor v. Exactech U.S., Inc. | -24-cv-6127 (NGG-MMH) |
| MARYLAND | | | | |
| MD | 1 | 24–02177 | Adams v. Exactech, Inc. et al | -24-cv-6128 (NGG-MMH) |